THE ONONDAGA COUNTY SAVINGS BANK, Respondent, *v.* EMMA A. ROBINSON, as Trustee, et al., Appellants.

SAME, Respondent, *v.* SAME, Appellants.

*Onondaga County Sav. Bank* v. *Robinson*, 150 App. Div. 64, appeals dismissed.
(Submitted February 10, 1913; decided February 14, 1913.)

MOTION in each of the above-entitled actions to dimiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 2, 1912, which affirmed an order of Special Term granting a motion for leave to serve an amended complaint.

The motion was made upon the ground that the appeal was unauthorized.

*Charles L. Stone* for motion.

No one opposed.

Motions granted and appeals dismissed, with costs in one case and ten dollars costs of motion.